Connie F. **BOBE, Respondent,**

v.

Henry D. **BOBE, Appellant.**

No. WD 58338.

Missouri Court of Appeals,
Western District.

April 24, 2001.

Dennis J. C. Owens, Kansas City, for appellant.

Anita I. Rodarte, Kansas City, for respondent.

Before ROBERT G. ULRICH, P.J., EDWIN H. SMITH and THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM:

Mr. Henry Bobe filed a motion to modify his child support and maintenance obligations. The trial court denied his motion.

For the reasons set forth in the memorandum provided to the parties, we affirm the judgment. Rule 84.16(b).